UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GLENN DAVIS,

        Plaintiff,

  v.                                         Case No. 08-C-211

JOHN CHISHOLM, et al.,

        Defendants.

**ORDER DENYING MOTION FOR RECONSIDERATION**

Glenn Davis, a state inmate at New Lisbon Correctional Institution, filed this civil rights action pursuant to 42 U.S.C. § 1983 on March 10, 2008. The case was ordered dismissed on May 2, 2008, and Judgment entered the same day. Davis filed a notice of appeal, which was dismissed on October 17, 2008. Davis has now filed a motion for reconsideration and a demand for discovery in the state criminal proceedings. For the reasons stated in the original order dismissing his action, as well as his earlier motion for reconsideration, the motion is denied.

**SO ORDERED** this    24th    day of October, 2008.

                                                  s/ William C. Griesbach
                                                  William C. Griesbach
                                                  United States District Judge