UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

GLENN DAVIS,

        Plaintiff,

  v.                                                                 Case No. 08-C-211

JOHN T. CHISOLM, et al.,

        Defendants.

**ORDER**

Glenn Davis, a pro se litigant whose case has been previously dismissed and whose motions for reconsideration have been denied, has sent a letter to the Court addressed to Judge Thomas J. Curran, who is currently inactive, demanding that criminal charges be brought against five Milwaukee County District Attorneys and the Milwaukee County Clerk of Court. Mr. Davis threatens that, if the proceedings are not commenced in five days, Judge Curran's name would be added to a complaint to the Wisconsin Judicial Commission.

Mr. Davis is obviously confused and ignorant of federal law. Federal judges do not commence criminal proceedings against state officials, nor are they empowered to conduct "John Doe criminal proceedings." If Mr. Davis believes that a crime has occurred that merits criminal prosecution, he can certainly refer his case to the United States Attorney who will assess the merits and make a charging determination. Nothing in Mr. Davis' letter suggests that he is the victim of

a crime. In any event, his letter, to the extent it is a request to proceed pro se or to reopen this case is denied.

**SO ORDERED** this   4th   day of November, 2009.

                                            s/ William C. Griesbach
                                            William C. Griesbach
                                            United States District Judge